```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 01145
   CARLOS H ORELLANA
   ERIKA D ORELLANA                         CHAPTER 13

                                            JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-9342    SSN XXX-XX-4579

------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/23/07 .

   2.  The case was dismissed without confirmation, 05/25/2007.

   3.  The Debtor paid a total of $   2677.50 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC RESCAP LLC | CURRENT MORTG | .00 | .00 | .00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| US BANK HOME MTGE | SECURED | .00 | .00 | .00 |
| US BANK HOME MTGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED | NOT FILED | .00 | .00 |
| DUPAGE COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | .00 | .00 | .00 |
| AMERICAN EXPRESS CENTURI | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| BARCLAYS BANK DELAWARE | UNSECURED | NOT FILED | .00 | .00 |
| MONOGRAM BANK OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DELL FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| GEMB/JCP | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| CEMB | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| HSBC CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| BEST BUY BENEFICIAL | UNSECURED | NOT FILED | .00 | .00 |
| HSBC CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| HSBC CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST COLLECTION | UNSECURED | NOT FILED | .00 | .00 |

```
SBC AMERITECH               UNSECURED        NOT FILED              .00          .00
SEARS                       UNSECURED        NOT FILED              .00          .00
SEARS                       UNSECURED        NOT FILED              .00          .00
TARGET                      UNSECURED        NOT FILED              .00          .00
THD CBSD                    UNSECURED        NOT FILED              .00          .00
THD CBSD                    UNSECURED        NOT FILED              .00          .00
WELLS FARGO FINANCIAL BA    UNSECURED        NOT FILED              .00          .00
HARLEM ADS                  UNSECURED        NOT FILED              .00          .00
VICTORIAS SECRET            UNSECURED        NOT FILED              .00          .00
ECAST SETTLEMENT CORP       UNSECURED        NOT FILED              .00          .00
```

           Summary of disbursements:
------------------------------------------------------------------------------------
                    SECURED      PRIORITY     UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00           .00           .00          .00           .00
PRINCIPAL PAID          .00           .00           .00          .00           .00
INTEREST PAID           .00           .00           .00          .00           .00
TOTAL PAID              .00           .00           .00          .00           .00

The Debtor's attorney, ROBERT V SCHALLER              , was allowed $   3000.00
and was paid $   1146.00   direct and $   1854.00   through the plan.

The Trustee received $      49.49 .

Refunds to the Debtor totaled $    774.01 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 10/14/07                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




                              PAGE  2
        CASE NO. 07 B 01145 CARLOS H ORELLANA & ERIKA D ORELLANA